DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOMAS HAHN,**
Appellant,

v.

**KIMBERLY DONALDSON,**
Appellee.

No. 4D2025-1433

[October 30, 2025]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John J. Parnofiello, Judge; L.T. Case No. 50-2023-CA-001716-XXXX-MB.

Natasha Shaikh of Cozen O'Connor, Boca Raton, for appellant.

Robert C. Johnson of Pike & Lustig, LLP, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GERBER and FORST, JJ., concur.

* * *

***Not final until disposition of timely-filed motion for rehearing.***